## **STATEMENT OF FACTS**

      On Tuesday, June 7, 2005, at about 7:00 a.m., agents with the ATF-HIDTA Task Force executed a D.C. Superior Court search warrant at xxxx X<sup>th</sup> Street, X.X., Washington, D.C. Once agents had secured the premises, they found the defendant, Larnell Seeney, in basement of the house. A search of a basement revealed shoe boxes containing suspected crack cocaine, suspected cocaine powder, drug packaging material, a scale, and U.S. Currency, and men's clothing with plastic bags containing suspected cocaine, methamphetamine, heroin, and U.S. Currency in the pockets. Also recovered from the laundry room in the basement was a loaded Bryco Arms 9mm semi-automatic pistol. Agents also recovered mail matter and identification cards in the defendant's name from a stand located near the bed in the basement. A portion of suspected cocaine and crack cocaine field tested positive for cocaine, a portion of the suspected heroin field tested positive for opiates, and the suspected methamphetamine field tested positive. The defendant was placed under arrest. The approximate weight of the suspected crack cocaine was 70 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. The approximate weight of the suspected cocaine was over 650 grams, the suspected heroin was approximately 51.5 grams and the suspected methamphetamine was 5 grams. The defendant's mother told agents that the defendant stayed in the basement of the house, and that she did not know of any drugs or guns in the residence.

 

_____
SPECIAL AGENT JOSHUA GREEN
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2005.

_____
U.S. MAGISTRATE JUDGE