CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-0330M-01 |
| *v*. : | |
| : | |
| LARNELL E. SEENEY : | |
| : | |

_____

## NOTICE OF APPEARANCE IN A CRIMINAL CASE

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT  WE APPEAR FOR THE DEFENDANT INDICATED

ABOVE IN THE ENTITLED ACTION.

PLEASE ENTER THE APPEARANCE OF THE BELOW NAMED COUNSEL IN  THIS

ACTION AS RETAINED COUNSEL FOR:

　　　　　MR. LARNELL E. SEENEY


Dated:  Washington, DC
　　　　June 9, 2005　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Harry Tun, DC Bar #416262
　　　　　　　　　　　　　　　　　　　　　Daniel K. Dorsey, DC Bar #430057
　　　　　　　　　　　　　　　　　　　　　400 Fifth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　(202) 393-2882